IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **EDDIE JOSEPH BROWN, #87813** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **Civil No. 1:15cv132-HSO-JCG** |
| § | | |
| **RAYMOND BYRD,** *et al.* § | | **DEFENDANTS** |

## FINAL JUDGMENT

This matter came on to be heard upon Plaintiff Eddie Joseph Brown's Notice of Voluntary Dismissal [23] entered in this civil action on October 30, 2015. The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this Civil Action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 2nd day of November, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE